ANDRÉ BIROTTE, JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RUTH M. KWON (SBN: 232569)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3038
    Fax:      (213) 894-7819

Attorneys for the Plaintiff
SETH D. HARRIS, Acting Secretary of Labor,
United States Department of Labor

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor,<br><br>           Plaintiff,<br><br>           v.<br><br>LOCAL 848, INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>           Defendant.<br><br>WALT JOHNSON,<br>           Intervener, Plaintiff | No. CV 12-9019 GW(SHx)<br><br>**[PROPOSED] ORDER APPROVING STIPULATION REGARDING SETTLEMENT AND REQUEST FOR THE COURT TO RETAIN JURISDICTION AND TO VACATE REMAINING DATES**<br><br>Pre-trial Conference: Nov. 25, 2013<br>Trial Date:  Dec. 3, 2013 |

1

2       The Court, having considered the parties' stipulation regarding settlement

3 and request for the Court to retain jurisdiction and to vacate remaining dates in the

4 above-captioned action,

5       IT IS HEREBY ORDERED that:

6       (1) The Court shall retain jurisdiction of this action. After the completion of

7           the supervised election, the Secretary of Labor shall certify to the Court

8           the names of the persons elected, that such election was conducted in

9           accordance with Title IV of the Labor-Management Reporting and

10          Disclosure Act of 1959 ("LMRDA"), and, insofar as lawful and

11          practicable, that the election was conducted in accordance with the

12          Constitution of the International Brotherhood of Teamsters and the

13          Bylaws of Local 848. Upon approval of such certification by the Court,

14          the Court shall enter judgment declaring that such persons have been

15          elected as shown by such certification, pursuant to 29 U.S.C. § 482(c)(2)

16          of the LMRDA.

17       (2) All remaining dates in this action, including the discovery cut-off date,

18          motion filing date, pre-trial, and trial dates, are hereby vacated.

19       (3) Each party shall bear its own fees, costs and other expenses incurred by

20          such party in connection with any stage of this proceeding.

21

22 DATED:

23                                _____

24                                GEORGE H. WU
                               UNITED STATES DISTRICT JUDGE

25

26

27

28