ANDRÉ BIROTTE, JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RUTH M. KWON (SBN: 232569)
Assistant United States Attorney
 Federal Building, Suite 7516
 300 North Los Angeles Street
 Los Angeles, California 90012
 Telephone:  (213) 894-3038
 Fax:   (213) 894-7819

Attorneys for the Plaintiff
SETH D. HARRIS, Acting Secretary of Labor,
United States Department of Labor

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> LOCAL 848, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, <br><br> Defendant. <br><br> WALT JOHNSON, <br><br> Intervener, Plaintiff | No. CV 12-9019 GW(SHx) <br><br> **ORDER APPROVING STIPULATION REGARDING SETTLEMENT AND REQUEST FOR THE COURT TO RETAIN JURISDICTION AND TO VACATE REMAINING DATES** <br><br> Pre-trial Conference: Nov. 25, 2013 <br> Trial Date:  Dec. 3, 2013 |

1
2      The Court, having considered the parties' stipulation regarding settlement
3 and request for the Court to retain jurisdiction and to vacate remaining dates in the
4 above-captioned action,
5      IT IS HEREBY ORDERED that the Court approves the parties' stipulation
6 regarding (1) the Court's retention of jurisdiction of this action to certify the
7 supervised election; and (2) to vacate all remaining dates in this action, including
8 the discovery, motion filing, pre-trial, and trial dates:
9      (1) The Court shall retain jurisdiction of this action. After the completion of
10         the supervised election, the Secretary of Labor shall certify to the Court
11         the names of the persons elected, that such election was conducted in
12         accordance with Title IV of the Labor-Management Reporting and
13         Disclosure Act of 1959 ("LMRDA"), and, insofar as lawful and
14         practicable, that the election was conducted in accordance with the
15         Constitution of the International Brotherhood of Teamsters and the
16         Bylaws of Local 848. Upon approval of such certification by the Court,
17         the Court shall enter judgment declaring that such persons have been
18         elected as shown by such certification, pursuant to 29 U.S.C. § 482(c)(2)
19         of the LMRDA.
20     (2) Based on the parties' settlement, all remaining dates in this action,
21         including the discovery, motion filing, pre-trial, and trial dates, are
22         hereby vacated.
23
24 DATED: July 12, 2013
                                      _____
25                                    GEORGE H. WU
                                      UNITED STATES DISTRICT JUDGE
26
27
28