ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RUTH M. KWON (State Bar No. 232569)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3551
    Facsimile:   (213) 894-7819
    E-mail:      ruth.kwon@usdoj.gov

Attorneys for Plaintiff
THOMAS E. PEREZ, Secretary of Labor,
United States Department of Labor

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| THOMAS E. PEREZ[1], Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br>v.<br><br>LOCAL 848, INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>    Defendant.<br><br>WALT JOHNSON,<br>    Intervener, Plaintiff | No. CV 12-9019 GW(SHx)<br><br>**CERTIFICATION OF ELECTION**<br><br><br><br><br><br>**Hon. George H. Wu**<br>**United States District Judge** |

---

[1] This action was originally brought by Hilda L. Solis, former Secretary of Labor, then substituted with Acting Secretary of Labor Seth D. Harris. Secretary of Labor Thomas E. Perez is now automatically substituted as Plaintiff in accordance with Rule 25(d) of the Federal Rules of Civil Procedure.

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to the Stipulation of Settlement filed July 10, 2013 and the Order Approving Stipulation Regarding Settlement entered July 12, 2013, in the United States District Court, Central District of California, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-483), and in conformity with the constitution and bylaws of Defendant labor organization, insofar as lawful and practicable, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

President – Gil Baltazar

Vice President – Louie Diaz

Recording Secretary – Sylvia Escobar

Secretary-Treasurer – Eric Tate

Trustees (3) – Efren Hurtado, John Carrillo, and Joe Quimiro

No one protested the conduct of the election.

Executed on this 4th day of February, 2014 at Washington, District of Columbia.

*Patricia Fox*
PATRICIA FOX,
Chief Division of Enforcement,
Office of Labor-Management Standards,
United States Department of Labor

-1-

| | |
|---|---|
| Dated: February 4, 2014 | Respectfully submitted by:<br><br>ANDRÉ BIROTTE JR.<br>United States Attorney<br>LEON W. WEIDMAN<br>Assistant United States Attorney<br>Chief, Civil Division<br><br>____/s/_____<br>RUTH M. KWON<br>Assistant United States Attorney<br><br>Attorneys for Plaintiff<br>Thomas E. Perez, Secretary of Labor,<br>United States Department of Labor |

-- 2 --